NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**MATTIE L. SHUFORD,**
*Claimant-Appellant*

v.

**ROBERT WILKIE, SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee*

---

2020-1268

---

Appeal from the United States Court of Appeals for Veterans Claims in No. 18-1713, Judge Joseph L. Falvey, Jr.

---

**JUDGMENT**

---

JOHN F. CAMERON, John F. Cameron, Attorney at Law, Montgomery, AL, argued for claimant-appellant.

IGOR HELMAN, Commercial Litigation Branch, Civil Division, United States Department of Justice, Washington, DC, argued for respondent-appellee. Also represented by JEFFREY B. CLARK, ELIZABETH MARIE HOSFORD, ROBERT EDWARD KIRSCHMAN, JR.; SAMANTHA ANN SYVERSON, Y.

KEN LEE, Office of General Counsel, United States Department of Veterans Affairs, Washington, DC.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (NEWMAN, DYK, and TARANTO, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

October 23, 2020
Date

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court